JEROME REALTY COMPANY, Respondent, *v.* JOHN YANKOVICH, Appellant.

Supreme Court, Appellate Term, First Department, April 26, 1962.

*Reuben Schreiber* for appellant. *Bonom & Wolfson (Samuel Bonom* of counsel), for respondent.

*Per Curiam.* Since the mere keeping of a dog in violation of the terms of a lease is not regarded as a breach of a substantial obligation of the tenancy (*Parkside Development Co.* v. *McGee,* 21 Misc 2d 277) there was no ground for the final order in favor of the landlord.

The final order should be reversed, with $30 costs, and petition dismissed, with costs.

Concur — HOFSTADTER, J. P., GOLD and CAPOZZOLI, JJ.

Final order reversed, etc.